FILED
JUN 12 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08CR 1946 L |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| PABLO LUNA-FLORES, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 12/27/97, within the Southern District of California, defendant PABLO LUNA-FLORES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

WMC:jam:San Diego
6/2/08

<u>Count 2</u>

On or about ___8/17/00___, within the Southern District of California, defendant PABLO LUNA-FLORES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

<u>Count 3</u>

On or about May 15, 2008, within the Southern District of California, defendant PABLO LUNA-FLORES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: ___June 12, 2008___.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney