**VICTOR MANUEL TORRES**
California Bar No. 140862
The Law Office at Petco Park
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619)232-8776
Fax: (619)232-2326
lawforvatos@yahoo.com

Attorney for Defendant **PABLO LUNA-FLORES**

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### (HON. M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1946-L |
| Plaintiff, ) | DATE: August 5, 2008 |
| ) | TIME: 2:00 p.m. |
| vs. ) | |
| ) | MOTION FOR ORDER |
| PABLO LUNA-FLORES, ) | SHORTENING TIME |
| Defendant. ) | |

PABLO LUNA-FLORES, Defendant, by and through his counsel, moves this court for an Order Shortening Time in his Sentencing Memorandum, filed on August 4, 2008 via the CM/ECF system herewith to one (1) day, to be heard August 5, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, for the following reasons:

E-file system not available over the weekend and unusual press of business.

DATED: 8/4/08                    Respectfully submitted,

                                 s/ *VICTOR MANUEL TORRES*
                                 **VICTOR MANUEL TORRES**
                                 Attorney for Mr. LUNA

1