UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1946-L |
| Plaintiff, ) | ORDER TO SHORTEN TIME |
| v. ) | |
| **PABLO LUNA-FLORES** ) | |
| Defendant. ) | |

Motion to Shorten Time having been made in the above-referenced matter, the Court being fully advised and good cause appearing therefore:

IT IS HEREBY ORDERED that the time for hearing the matter of Defendant's Sentencing Memorandum, which is ordered filed herewith, in the above-referenced matter be shortened to ONE (1) day, and that the matter be calendared for hearing on Tuesday, August 5, 2008, or as soon thereafter as counsel may be heard.

SO ORDERED.

DATED: August 4, 2008

M. James Lorenz
United States District Court Judge